-1-

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Swift & Co. (f/k/a ConAgra Inc. d/b/a Swift & Co.), | File No. 05-CV-2774 |
| Plaintiff, | |
| v. | |
| John Widmer and Jerome Widmer, | |
| Defendants. | |

## ORDER FOR DISMISSAL

The above-entitled matter came before the undersigned Judge of District Court. Based upon the files, records, and proceedings herein, and the foregoing Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED as follows:

That the above entitled matter is hereby dismissed on the merits and with prejudice, but without costs to either party.

Date: May 16, 2006

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson,
United States District Court Judge